**Order entered June 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00746-CV

### IN RE WILLIE ATKINS, Relator

**Original Proceeding from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. W069-00566-X(A)**

## ORDER
Before Justices Lang-Miers, Evans and Whitehill

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of

mandamus. We **ORDER** relator to bear the costs of this original proceeding.


/s/      DAVID EVANS
         JUSTICE